# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KEDRIEN L. BROWN                                            PLAINTIFF

v.                               No. 3:19-cv-49-DPM

BRYAN BAILEY; JOSH LANDRETH;
ZACHARY McQUAY; CHESTER, Officer;
JEFFERSON, Officer; JOHNSON, Officer;
and JOHN DOES, Officers                           DEFENDANTS

## ORDER

1. Brown hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 12 April 2019. If he doesn't then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Brown an application to proceed *in forma pauperis* with a copy of this Order. If the Court grants Brown permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2019